[No. 39757-5-I.    Division One.    August 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL S. SAWYER, ET AL., *Defendants*, JERRY L. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00853-7, Michael E. Rickert, J., entered November 1, 1996. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Coleman and Baker, JJ.

[No. 39987-0-I.    Division One.    August 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL S. SAWYER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00854-5, Michael E. Rickert, J., entered November 1, 1996. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Coleman and Baker, JJ.

[No. 41843-2-I.    Division One.    August 16, 1999.]

*In the Matter of the Personal Restraint of* MATTHEW S. CROWDER, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Grosse, J., concurred in by Webster and Becker, JJ. Now published at 97 Wn. App. 598.

[Nos. 42001-1-I; 42245-6-I.    Division One.    August 16, 1999.]

RICHARD L. KING, ET AL., *Appellants*, v. TIP RUTH, ET AL., *Respondents*, RICHARD L. POPE, JR., *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 97-2-16318-8, Suzanne M. Barnett, J., entered January 2, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Webster and Becker, JJ.